In the Matter of CROSS PROPERTIES, INC., Respondent, against JOSEPH J. LENNOX, et al., Constituting the Board of Review of the City of Yonkers, Appellants.— In a tax certiorari proceeding, the Board of Review of the City of Yonkers appeals from an order of the Supreme Court, Westchester County, dated February 5, 1960, which: (1) granted petitioner's motion to amend its petition by substituting a verification by its president for the verification by its attorney; (2) struck out the defense that the proceeding was not timely commenced, by reason of the improper verification of the original petition; and (3) denied the board's cross motion to dismiss the petition for the same reason. The verification was made by the attorney for

the reason that he was familiar with the facts. Order affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.